Elan S. Mizrahi, Esq.
Nevada Bar No. 007450
**JENNINGS, HAUG & CUNNINGHAM, LLP**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone: 602-234-7800
Facsimile:  602-277-5595

David R. Johnson, Esq.
Nevada Bar No. 6696
**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV  89169
Tel.: 702.789.3100 / Fax: 702.822.2650
E-mail: djohnson@wthf.com

Attorneys for Plaintiff Safeco Insurance Company of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Safeco Insurance Company of America, a Washington corporation<br><br>Plaintiff,<br>vs.<br><br>Alliance Mechanical, Inc., a Nevada corporation; AMI Mechanical, LLC, a Nevada limited liability company; and Alesha A. Vernon, a single individual<br><br>Defendants. | Case No.: 2:13-cv-318-GMN-CWH<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed with this court, and good cause appearing,

IT IS ORDERED that the claims filed by Plaintiff against Defendants are hereby dismissed without prejudice, each party to bear its own costs and attorneys' fees.

**DATED** this 7th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge